**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE ONTARIO SUPERIOR COURT OF JUSTICE TO RESTRAIN THE FOLLOWING PROPERTIES OWNED OR CONTROLLED BY XIAO HUA GONG IN THE UNITED STATES INCLUDING: <br><br> ANY OR ALL INTEREST IN REAL PROPERTY LOCATED AT 2001 NORTH DIVISION STREET (ROUTE 14) HARVARD, ILLINOIS <br><br> ANY OR ALL INTEREST IN REAL PROPERTY LOCATED AT 600 TOWN CENTER DRIVE, DEARBORN, MICHIGAN <br><br> ANY OR ALL INTEREST IN REAL PROPERTY LOCATED AT 55 EAST WASHINGTON, CHICAGO, ILLINOIS on floors 2-12 and 23-40 | 1:18-MC- 00072 (KBJ) |

**[PROPOSED] ORDER**

Having considered the United States' Emergency Motion to Unseal the instant docket in this case and finding that there is no longer a justification to protect the pleadings from disclosure, it is HEREBY ORDERED THAT the file in this case be UNSEALED and that all documents in the docket be made publicly accessible.

**SO ORDERED.**

Dated:

_____
UNITED STATES DISTRICT COURT JUDGE