# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE ONTARIO SUPERIOR COURT OF JUSTICE TO RESTRAIN THE FOLLOWING PROPERTIES OWNED OR CONTROLLED BY XIAO HUA GONG IN THE UNITED STATES INCLUDING: <br><br> ANY OR ALL INTEREST IN REAL PROPERTY LOCATED AT 2001 NORTH DIVISION STREET (ROUTE 14) HARVARD, ILLINOIS <br><br> ANY OR ALL INTEREST IN REAL PROPERTY LOCATED AT 600 TOWN CENTER DRIVE, DEARBORN, MICHIGAN <br><br> ANY OR ALL INTEREST IN REAL PROPERTY LOCATED AT 55 EAST WASHINGTON, CHICAGO, ILLINOIS on floors 2-12 and 23-40 | 1:18-MC- 00072 (KBJ) |

## RESTRAINING ORDER

This matter having come before this Court on the application of the United States of America for a restraining order, pursuant to 28 U.S.C. § 2467(d)(3)(A), (d)(3)(B)(ii) and 18 U.S.C. § 983(j)(1), which provides U.S. district courts with jurisdiction to register and enforce foreign restraining orders and take such other action in connection with any property or other interest subject to forfeiture in a foreign proceeding to ensure its availability for forfeiture; and, IT APPEARING TO THE COURT THAT:

WHEREAS, through the information provided to this Court in the Application by the United States for Restraining Order pursuant to 28 U.S.C. § 2467(d)(3)(A), (d)(3)(B)(ii) and 18 U.S.C. §983(j)(1), asking for enforcement of three (3) Canadian restraining orders to preserve any or all interest in the following real properties located at:

- 2001 North Division Street (Route 14), Harvard, Illinois (the "Harvard, Illinois

Property)

- 600 Town Center Drive, Dearborn, Michigan (the "Dearborn, Michigan Property")

- 55 East Washington, Chicago, Illinois on floors 2-12, and 23-40 (the "Chicago, Illinois Property").

a. This Court has jurisdiction over the subject matter of this case;

b. Pursuant to 28 U.S.C. §2467 (c)(2)(B), venue is appropriate in the United States District Court for the District of Columbia;

c. The United States and Canada are parties to a Mutual Legal Assistance Treaty which entered into force on January 24, 1990. *Treaty Between the Government of the United States of America and the Government of Canada on Mutual Legal Assistance in Criminal Matters, U.S.-Can., March 18, 1985, S. Treaty Doc. No. 100-14 (1990)*;

d. The restraining orders issued by the Ontario Superior Court of Justice, Ontario, Canada, on December 19, 2017, establish that criminal proceedings are pending in Canada against the criminal defendants, Xiao Hua Gong and others, who were charged with various offenses under the Criminal Code of Canada in case no. 17-0365-MO. The orders further provide that the above specified properties owned by Xiao Hua Gong in the United States are subject to forfeiture under Canadian law;

e. The criminal conduct giving rise to forfeiture under Canadian law constitutes conduct that would give rise to forfeiture under 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) or 28 U.S.C. § 2461(c), if committed in the United States;

f. The Attorney General, in the interest of justice, has certified the attached Canadian restraining orders for enforcement against the captioned assets;

g. The Canadian restraining orders appear to have been rendered under a system of law compatible with the requirements of due process;

h. The Ontario Superior Court of Justice in Canada that entered the restraining orders appears to have jurisdiction over the subject matter; and

i. There is no indication that the restraining orders issued by the Ontario Superior Court of Justice in Canada were obtained by fraud;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,

PURSUANT TO 28 U.S.C. § 2467(d)(3)(A), (d)(3)(B)(ii) and 18 U.S.C. §983(j)(1), THAT:

1. The restraining orders issued by the Ontario Superior Court of Justice, Canada, which are attached as Exhibit A-1, A-2, A-3 to this order, are hereby registered and enforced with this Court;

2. The following properties are hereby RESTRAINED:

    1) 2001 North Division Street (Route 14), Harvard, Illinois (the "Harvard, Illinois Property)

    2) 600 Town Center Drive, Dearborn, Michigan (the "Dearborn, Michigan Property")

    3) 55 East Washington, Chicago, Illinois on floors 2-12 and 23-40 (the "Chicago, Illinois Property")

3. All persons, including the Canadian criminal defendants, Xiao Hua Gong, Edward Harvard Holdings, LLC, the owner of the Harvard, Illinois Property; 600 Town Center Realty, LLC, the owner of the Dearborn, Michigan Property; Jewelry Tower LLC, the owner of the Chicago, Illinois Property; and their agents, servants, employees, attorneys, family members and those persons in active concert or participation with them, and anyone holding any interest in the Properties,

    a. be and are hereby ENJOINED AND RESTRAINED from transferring, selling, assigning, pledging, distributing, giving away, encumbering or otherwise participating in the disposal of or removal from the jurisdiction of this Court, without prior approval of this Court upon notice to the United States and an opportunity for the United States to be heard, except as specified in this Order or any future Orders entered by this Court;

    b. shall not knowingly allow illegal activity to occur at any of the Business's locations;

    c. are required to maintain the present condition of the properties, and ensure timely payment of all rents, insurance, utilities, taxes, and assessments, and adhere to all provisions of any applicable lease, until further order of this Court, and;

    d. shall allow the United States to monitor compliance with this Order by all lawful means available.

5. The terms of this Order shall remain in full force and effect until the Canadian criminal cases described above are concluded and any forfeiture judgments obtained therein have been presented for enforcement to this Court, or said Properties are sought by Canadian authorities to be released; and

6. The United States shall make its best efforts to provide a copy of this Court's Order upon individuals and entities affected by this Order, and to anyone else known to the United States as holding a protected interest in the Properties;

7. The United States may serve a copy of this Order on any affected financial institution by facsimile or electronic mail.

**SO ORDERED.**

DATE:  October 5, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge